AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

BRIAN K. CAMPBELL,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:15-cv-00171-MMD-VPC**

STATE OF NEVADA, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's July 21, 2015, order (#5) and August 13, 2015, minute order (#8).

   December 14, 2015                        **LANCE S. WILSON**
                                                 Clerk

                                             /s/ D. R. Morgan
                                             Deputy Clerk